# ATTACHMENT 1

FILED/REC'D
2026 FEB -2 P 3: 22
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

Ms. Rejas Raj

vs

(Full name of defendant(s))

Epic Systems Corporation

Case Number: 26 CV 079 JDP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   8001 Ritz Dr Apt 104, Madison, WI 53719
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Epic Systems Corporation__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __1979 Milky Way, Verona, WI 53593__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff, Rejas Raj, worked for Epic Systems Corporation, a healthcare

software company in Verona, Wisconsin, from the beginning of 2024 until midway

through 2025. On July 2, 2025, Epic Systems Corporation constructively

discharged her because she is a woman. As a result, Rejas suffered lost wages

and trauma. She wants Epic to pay her lost wages, damages for her trauma, and

punitive damages.

Attachment One (Complaint) – 2

C.  JURISDICTION

[✔]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The plaintiff wants the court to offer her lost wages, compensatory damages, and punitive damages. She wants the court to tell Epic Systems Corporation not to retaliate against employees who raise respectful workplace concerns, not to dissuade employees from raising such concerns, to interview the accuser when investigating such concerns, to respond to all such concerns and in a timely manner, not to equivocate in their responses to such concerns, not to blame harassment victims, to apply the "reasonable woman" standard when evaluating sexual harassment complaints, not to gaslight employees, not to pressure employees into quitting, and to train managers to set clear expectations for their reports and to apply them consistently to all reports.

E.  **JURY DEMAND**

☑  Jury Demand - I want a jury to hear my case
                    OR
☐  Court Trial – I want a judge to hear my case


Dated this __2nd__ day of __February__ 20__26__.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

(608) 443-9926

Plaintiff's Telephone Number

rejasraj01@gmail.com

Plaintiff's Email Address

8001 Ritz Dr Apt 104

Madison, WI 53719

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.